■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EILEEN NEUNDORFF, Also Known as EILEEN NUENDORFF, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered July 26, 1989, convicting her of attempted criminal possession of a controlled substance in the fourth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues

which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.